| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **RCM-TO GO, LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | **DBA  REZIN ORTHOPEDICS & SPORTS MEDICINE**  **DBA  ALL EYE CARE**  **DBA  THE UNIVERSITY OF TEXAS OF DALLAS, CALLIER CENTER**  **DBA  RCMtoGO, LLC** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-1329255** |
| 4. | Debtor's address | **Principal place of business**  **4262 Blue Diamond Road #102-371**  **Las Vegas, NV 89139**  Number, Street, City, State & ZIP Code  **Clark**  County | **Mailing address, if different from principal place of business**  **2140 Canyonville Dr**  **Henderson, NV 89044**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **2140 Canyonville Dr Henderson, NV 89044**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://www.rcmtogo.com/** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **RCM-TO GO, LLC**      Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __5182__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** *that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Debtor **RCM-TO GO, LLC**
Name

Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor **KPG REVENUE CYCLE MANAGEMENT, INC**   Relationship **affiliated entity**

District **Nevada**   When **5/08/23**   Case number, if known **23-12013**

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
☒ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency
            Contact name
            Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   . *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **RCM-TO GO, LLC**_____   Case number (*if known*)_____
      <sub>Name</sub>

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>■ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| Debtor | **RCM-TO GO, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 19, 2023**
MM / DD / YYYY

**X**   **/s/ M. George Puziak**      **M. George Puziak**
Signature of authorized representative of debtor      Printed name

Title   **CEO**

**18. Signature of attorney**

**X**   **/s/ Seth D Ballstaedt, Esq.**      Date   **May 19, 2023**
Signature of attorney for debtor      MM / DD / YYYY

**Seth D Ballstaedt, Esq.**
Printed name

**Fair Fee Legal Services**
Firm name

**8751 W. Charleston Blvd.**
**Suite 220**
**Las Vegas, NV 89117**
Number, Street, City, State & ZIP Code

Contact phone   **(702) 715-0000**      Email address   **help@bkvegas.com**

**11516 NV**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **RCM-TO GO, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                                  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Brevin Systems LLC** 2999 Middlebrook Rd Ferrisburgh, VT 05456 | | **Vendor** | | | | $1,550.00 |
| **Brevin Systems LLC** 2999 Middlebrook Rd Ferrisburgh, VT 05456 | | **Vendor** | | | | $1,523.75 |
| **Chase Ink Card** PO Box 6294 Carol Stream, IL 60197-6294 | | **Credit Card** | | | | $10,149.00 |
| **Minntek** 13433 Fenway Circle Blvd Ste 120 Hugo, MN 55038 | | **Vendor** | | | | $16,989.00 |
| **OneCube Advisors, LLC** 602 Gibraltar Rd Reading, PA 19606 | | **Vendor** | | | | $16,116.56 |
| **Salesforce Inc** Salesforce Tower 415 Mission Street, 3rd Floor San Francisco, CA 94105 | | **Annual Software Renewal** | | | | $3,078.00 |
| **Switch** PO Box 674592 Dallas, TX 75267-4592 | | **Vendor** | | | | $3,864.87 |
| **Tech Vault, Inc** C/O ICV Burlington, VT 05401 | | **Vendor** | | | | $2,950.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Debtor **RCM-TO GO, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **VVC Holdings, LLC<br>PO Box 840592<br>TX 75294-0952** | | **Vendor** | | | | $54,896.00 |

RCM-TO GO, LLC
2140 Canyonville Dr
Henderson, NV 89044

Seth D Ballstaedt, Esq.
Fair Fee Legal Services
8751 W. Charleston Blvd.
Suite 220
Las Vegas, NV 89117

Brevin Systems LLC
Acct No 1391
2999 Middlebrook Rd
Ferrisburgh, VT 05456

Brevin Systems LLC
Acct No 1402
2999 Middlebrook Rd
Ferrisburgh, VT 05456

Chase Ink Card
Acct No 4246-3152-7981-9229
PO Box 6294
Carol Stream, IL 60197-6294

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Minntek
Acct No 14504523-1
13433 Fenway Circle Blvd Ste 120
Hugo, MN 55038

Nevada Dept. of Taxations, Bankruptcy
555 E Washington Ave, #1300
Las Vegas, NV 89101

```
OneCube Advisors, LLC
602 Gibraltar Rd
Reading, PA 19606

Salesforce Inc
Acct No 7144192
Salesforce Tower
415 Mission Street, 3rd Floor
San Francisco, CA 94105

Switch
Acct No A000814 (R1021)
PO Box 674592
Dallas, TX 75267-4592

Tech Vault, Inc
C/O ICV
Burlington, VT 05401

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

VVC Holdings, LLC
Acct No 4451288231
PO Box 840592
TX 75294-0952
```

# United States Bankruptcy Court
## District of Nevada

In re **RCM-TO GO, LLC**                                    Case No.

                     Debtor(s)                              Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **RCM-TO GO, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| May 19, 2023 | /s/ Seth D Ballstaedt, Esq. |
| Date | **Seth D Ballstaedt, Esq.** |
| | Signature of Attorney or Litigant |
| | Counsel for **RCM-TO GO, LLC** |
| | **Fair Fee Legal Services** |
| | **8751 W. Charleston Blvd.** |
| | **Suite 220** |
| | **Las Vegas, NV 89117** |
| | **(702) 715-0000 Fax:(702) 666-8215** |
| | **help@bkvegas.com** |